Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023  
**Chapter 13 Case No. 22-19209 / CMG**

Henry P. Katelhon  
Tina M. Katelhon

Petition Filed Date: 11/18/2022  
341 Hearing Date: 12/15/2022  
Confirmation Date: 02/15/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/19/2022 | $250.00 | 27370548685 | 01/19/2023 | $250.00 | 27370549563 | 02/14/2023 | $250.00 | 28441253002 |

**Total Receipts for the Period: $750.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Henry P. Katelhon | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,650.00 | $0.00 | $4,650.00 |
| 1 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $178.26 | $0.00 | $178.26 |
| 2 | DISCOVER BANK | Unsecured Creditors | $5,463.55 | $0.00 | $5,463.55 |
| 3 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $13,021.15 | $0.00 | $13,021.15 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC<br>»» JUDGMENT | Unsecured Creditors | $1,445.71 | $0.00 | $1,445.71 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $404.82 | $0.00 | $404.82 |
| 6 | Colonial Savings & Loans<br>»» P/1007 RAYMERE AVE/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-19209 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $750.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $250.00 |
| Paid to Trustee: | $54.00 | Arrearages: | $250.00 |
| Funds on Hand: | $696.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

