Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−19209−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Henry P. Katelhon
aka Henry Katelhon
1007 Raymere Ave
Ocean, NJ 07712−4113

Tina M. Katelhon
aka Tina Katelhon, aka Tina Marie
Katelhon
1007 Raymere Ave
Ocean, NJ 07712−4113

Social Security No.:
xxx−xx−3539                                              xxx−xx−1030

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 16, 2023.

Dated: March 16, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-19209-CMG
Henry P. Katelhon  Chapter 13
Tina M. Katelhon
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 4
Date Rcvd: Mar 16, 2023  Form ID: plncf13  Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Henry P. Katelhon, Tina M. Katelhon, 1007 Raymere Ave, Ocean, NJ 07712-4113 |
| 519769386 | + | Citibank Na, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 519769400 | | Gm Financial, PO Box 1181145, Arlington, TX 76001 |
| 519769405 | | Lvnv Funding LLC, Greenville, SC 29601 |
| 519769410 | + | Mutual of America Financial Group, 320 Park Ave, New York, NY 10022-6839 |
| 519769413 | + | Selip & Stylianou, LLP, 10 Forest Ave, Paramus, NJ 07652-5238 |
| 519769414 | | State Of NJ Department Of Labor, And Workforce Development, PO Box 951, Trenton, NJ 08646-0951 |
| 519769427 | | Verizon Wireless, Minneapolis, MN 55401 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 16 2023 21:11:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 16 2023 21:11:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519769382 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 16 2023 21:11:00 | Americredit/Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 519769383 | | Email/PDF: bncnotices@becket-lee.com | Mar 16 2023 21:17:19 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519769384 | | Email/PDF: bncnotices@becket-lee.com | Mar 16 2023 21:17:09 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519769394 | | Email/Text: correspondence@credit-control.com | Mar 16 2023 21:11:00 | Credit Control, LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 519769385 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2023 21:17:18 | Citibank, 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 519769387 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2023 21:17:08 | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519769388 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2023 21:16:58 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519769389 | | Email/Text: bankruptcydesk@colonialsavings.com | Mar 16 2023 21:11:00 | Colonial Savings & Loans, Attn Bankruptcy, PO Box 2988, Fort Worth, TX 76113-2988 |
| 519821452 | + | Email/Text: bankruptcydesk@colonialsavings.com | Mar 16 2023 21:11:00 | Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 519769390 | | Email/Text: bankruptcydesk@colonialsavings.com | | |

Case 22-19209-CMG    Doc 17    Filed 03/18/23    Entered 03/19/23 00:15:26    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 16, 2023 | Form ID: plncf13 | Total Noticed: 57 |

| | | | |
|---|---|---|---|
| | | Mar 16 2023 21:11:00 | Colonial Savings Fa, PO Box 2988, Fort Worth, TX 76113-2988 |
| 519769391 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 16 2023 21:11:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 519769392 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 16 2023 21:11:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519769393 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 16 2023 21:11:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 519769395 | Email/PDF: DellBKNotifications@resurgent.com | Mar 16 2023 21:17:17 | Dell Financial Services, Attn: Bankruptcy, PO Box 81577, Austin, TX 78708-1577 |
| 519769396 | Email/Text: mrdiscen@discover.com | Mar 16 2023 21:10:00 | Discover Bank, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519769397 | Email/Text: mrdiscen@discover.com | Mar 16 2023 21:10:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519774919 | Email/Text: mrdiscen@discover.com | Mar 16 2023 21:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519769398 | Email/Text: mrdiscen@discover.com | Mar 16 2023 21:10:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519769399 | Email/Text: dplbk@discover.com | Mar 16 2023 21:11:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519775645 | + Email/Text: dplbk@discover.com | Mar 16 2023 21:11:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519769401 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 16 2023 21:17:02 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519769403 | Email/Text: PBNCNotifications@peritusservices.com | Mar 16 2023 21:10:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519769404 | Email/Text: PBNCNotifications@peritusservices.com | Mar 16 2023 21:10:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519773326 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2023 21:16:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519769406 | Email/Text: bknotices@mbandw.com | Mar 16 2023 21:11:00 | Mccarthy, Burgess & Wolfe, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 519769407 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2023 21:11:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 519798815 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2023 21:11:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519769408 | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2023 21:11:00 | Midland Funding, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 519769409 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2023 21:11:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519769411 | Email/Text: signed.order@pfwattorneys.com | Mar 16 2023 21:10:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519769412 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2023 21:17:18 | Sears/Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519769416 | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2023 21:17:06 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 519769415 | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2023 21:16:55 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 519769417 | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2023 21:17:06 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 519769418 | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Mar 16 2023 21:17:05 | Syncb/sams, PO Box 965005, Orlando, FL 32896-5005 |
| 519769419 | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2023 21:16:55 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519769420 | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2023 21:17:16 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519769421 | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2023 21:16:56 | Synchrony Bank/Sams, Attn: Bnakruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519769422 | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2023 21:17:16 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519769423 | Email/Text: bncmail@w-legal.com | Mar 16 2023 21:11:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519769424 | Email/Text: bncmail@w-legal.com | Mar 16 2023 21:11:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519769425 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2023 21:17:08 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519811318 | + Email/PDF: ebn_ais@aisinfo.com | Mar 16 2023 21:16:59 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519769426 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 16 2023 21:10:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr Ste 599, Saint Charles, MO 63304-2225 |
| 519769428 | Email/PDF: DellBKNotifications@resurgent.com | Mar 16 2023 21:17:06 | Webbank/dfs, PO Box 81607, Austin, TX 78708-1607 |
| 519769429 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 16 2023 21:17:04 | Wells Fargo/Preferred, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 519769430 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 16 2023 21:17:14 | Wffnatbank, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519769402 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Joint Debtor Tina M. Katelhon bkclient@straffilaw.com  G25938@notify.cincompass.com |
| Daniel E. Straffi | on behalf of Debtor Henry P. Katelhon bkclient@straffilaw.com  G25938@notify.cincompass.com |
| Denise E. Carlon | on behalf of Creditor Colonial Savings  F.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5