| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-19209 / CMG**

Henry P. Katelhon  
Tina M. Katelhon

Petition Filed Date: 11/18/2022  
341 Hearing Date: 12/15/2022  
Confirmation Date: 02/15/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/19/2023 | $250.00 | 27370549563 | 02/14/2023 | $250.00 | 28441253002 | 03/22/2023 | $250.00 | 28441254835 |
| 04/24/2023 | $250.00 | 22028628472 | 05/16/2023 | $250.00 | 28823976696 | 06/20/2023 | $300.00 | 28635316121 |
| 07/18/2023 | $300.00 | 28441259245 | 08/14/2023 | $350.00 | 28876725628 | 09/12/2023 | $350.00 | 22040587470 |
| 10/10/2023 | $350.00 | 22037301924 | 11/06/2023 | $400.00 | 22043610462 | 12/18/2023 | $500.00 | 22043610833 |
| 01/11/2024 | $500.00 | 22043611215 | | | | | | |

**Total Receipts for the Period: $4,300.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,550.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Henry P. Katelhon | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,650.00 | $3,286.15 | $1,363.85 |
| 1 | LVNV FUNDING LLC<br>»» COMENITY/BOSCOV'S | Unsecured Creditors | $178.26 | $0.00 | $178.26 |
| 2 | DISCOVER BANK | Unsecured Creditors | $5,463.55 | $0.00 | $5,463.55 |
| 3 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $13,021.15 | $0.00 | $13,021.15 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK/SEARS/JUDGMENT/DC-006155-21 | Unsecured Creditors | $1,445.71 | $0.00 | $1,445.71 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $404.82 | $0.00 | $404.82 |
| 6 | Colonial Savings F.A.<br>»» P/1007 RAYMERE AVE/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-19209 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,550.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $3,286.15 | Current Monthly Payment: | $520.00 |
| Paid to Trustee: | $346.85 | Arrearages: | ($510.00) |
| Funds on Hand: | $917.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

