Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2024 to 12/31/2024

**Chapter 13 Case No. 22-19209 / CMG**

Henry P. Katelhon
Tina M. Katelhon

Petition Filed Date: 11/18/2022
341 Hearing Date: 12/15/2022
Confirmation Date: 02/15/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2024 | $500.00 | 22043611215 | 02/07/2024 | $500.00 | 29183021190 | 04/10/2024 | $600.00 | 22055744242 |
| 04/12/2024 | $525.00 | 22055743415 | 05/02/2024 | $525.00 | 22062427466 | 06/03/2024 | $525.00 | 22062428137 |
| 07/03/2024 | $525.00 | 22062428768 | 07/24/2024 | $525.00 | 22068574063 | 08/27/2024 | $525.00 | 22055742991 |
| 09/18/2024 | $520.00 | 22069183609 | 10/18/2024 | $520.00 | 22069184194 | 11/19/2024 | $520.00 | 22077987210 |
| 12/16/2024 | $520.00 | 22069183428 | | | | | | |

**Total Receipts for the Period: $6,830.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $11,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Henry P. Katelhon | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,650.00 | $4,650.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» COMENITY/BOSCOV'S | Unsecured Creditors | $178.26 | $35.55 | $142.71 |
| 2 | DISCOVER BANK | Unsecured Creditors | $5,463.55 | $1,342.66 | $4,120.89 |
| 3 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $13,021.15 | $3,199.92 | $9,821.23 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK/SEARS/JUDGMENT/DC-006155-21 | Unsecured Creditors | $1,445.71 | $355.27 | $1,090.44 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $404.82 | $99.49 | $305.33 |
| 6 | Colonial Savings F.A.<br>»» P/1007 RAYMERE AVE/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-19209 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,400.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $9,682.89 | Current Monthly Payment: | $520.00 |
| Paid to Trustee: | $757.26 | Arrearages: | ($1,120.00) |
| Funds on Hand: | $959.85 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**