**UNITED STATES BANKRUPTCY COURT**
**MAIN DISTRICT OF NEW JERSEY**

**In re Henry P. Katelhon aka Henry Katelhon and Tina M. Katelhon aka Tina Katelhon aka Tina Marie Katelhon**

**Case No. 22-19209**

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PNC Bank, N.A.
Name of Transferee

Colonial Savings F.A.
Name of Transferor

Name and Address where notices to Transferee should be sent:

PNC Bank, N.A.
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg OH 45342

Phone: (866)754-0659

Last four Digits of Acct #: 8609

Court claim # (if known): 6

Amount of Claim
Total Debt: $52,926.71

Date Claim Filed: 1/26/2023

Phone:

Last Four Digits of Acct. #: 7608

Name and Address where Transferee payments should be sent (if different from above):

Phone:

Last four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Adam B. Hall
Transferee/Transferee's Agent

Dated: December 18, 2025

Penalty for making a false statement: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Transfer of Claim was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Daniel E. Straffi, Attorney for Henry P. Katelhon aka Henry Katelhon and Tina M. Katelhon aka Tina Katelhon aka Tina Marie Katelhon, Straffi & Straffi, LLC, 670 Commons Way, Toms River, NJ 8755, bkclient@straffilaw.com

Albert Russo, Chapter 13 Trustee, Standing Chapter 13 Trustee, CN 4853, Trenton, NJ 08650-4853

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Tina M. Katelhon aka Tina Katelhon aka Tina Marie Katelhon, 1007 Raymere Ave, Ocean, NJ 07712-4113

/s/ Adam B. Hall