Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 22-19209 / CMG**

Henry P. Katelhon
Tina M. Katelhon

Petition Filed Date: 11/18/2022
341 Hearing Date: 12/15/2022
Confirmation Date: 02/15/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2025 | $520.00 | 22076420883 | 02/26/2025 | $520.00 | 22046579607 | 03/21/2025 | $520.00 | 22080808699 |
| 04/23/2025 | $520.00 | 22094477352 | 05/20/2025 | $520.00 | 22096801685 | 06/17/2025 | $520.00 | 22099053589 |
| 07/23/2025 | $520.00 | 22101538408 | 08/25/2025 | $520.00 | 22080809087 | 09/22/2025 | $520.00 | 22104449036 |
| 10/20/2025 | $520.00 | 22099231457 | 11/18/2025 | $520.00 | 22099232224 | 12/16/2025 | $520.00 | 22112396196 |
| 01/12/2026 | $520.00 | 22114773513 | | | | | | |

**Total Receipts for the Period: $6,760.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $17,640.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Henry P. Katelhon | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,650.00 | $4,650.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» COMENITY/BOSCOV'S | Unsecured Creditors | $178.26 | $85.15 | $93.11 |
| 2 | DISCOVER BANK | Unsecured Creditors | $5,463.55 | $2,994.64 | $2,468.91 |
| 3 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $13,021.15 | $7,137.06 | $5,884.09 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK/SEARS/JUDGMENT/DC-006155-21 | Unsecured Creditors | $1,445.71 | $792.42 | $653.29 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $404.82 | $212.38 | $192.44 |
| 6 | PNC BANK, NA<br>»» P/1007 RAYMERE AVE/1ST MTG/COLONIAL | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-19209 / CMG**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,640.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $15,871.65 | Current Monthly Payment: | $520.00 |
| Paid to Trustee: | $1,264.78 | Arrearages: | ($600.00) |
| Funds on Hand: | $503.57 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**